**GREENBERG TRAURIG, LLP**
LISA L. HALKO (SBN 148873)
RAY A. SARDO (SBN 245421)
1201 K Street, Suite 1100
Sacramento, California 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Email: halkol@gtlaw.com; sardor@gtlaw.com

DIANA P. SCOTT (SBN 084875)
GREGORY P. WONG (SBN 204502)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: scottd@gtlaw.com; wongg@gtlaw.com

Attorneys for Defendant
HARD ROCK CAFÉ INTERNATIONAL (USA), INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIMEE HERNANDEZ,<br><br>             Plaintiff,<br><br>vs.<br><br>HARD ROCK CAFÉ INTERNATIONAL (USA), INC., et al.,<br><br>             Defendants. | CASE NO. CIV S-07-1088 FCD (DAD)<br><br>**STIPULATION TO SUBMIT ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM AND TO EXTEND CLOSE OF DISCOVERY AND ORDER THEREON**<br><br>"AS MODIFIED"<br><br>Judge:     Hon. Frank C. Damrell, Jr.<br>Date Filed: June 6, 2007<br>Trial Date: None |

Plaintiff, AIMEE HERNANDEZ, and defendants HARD ROCK CAFÉ INTERNATIONAL (U.S.A.), INC., and STEWART GARNETT, by and through their designated counsel, stipulate as follows:

1. During the last several months, the parties have been engaging in substantive settlement negotiations pertaining to plaintiff's claims against defendants Hard Rock Café International (U.S.A.), Inc., and Stewart Garnett.

2. The parties have agreed to submit this action to the Court's Voluntary Dispute Resolution Program in furtherance of those settlement negotiations.

3. In order to accommodate participation in the Court's Voluntary Dispute Resolution Program, the parties desire to continue the close of discovery from April 30, 2008, to July 31, 2008. Continuing the close of discovery will allow the parties additional time to resolve this case without having to conduct expensive oral and written discovery, which will make settlement more difficult.

4. The parties will make their best efforts to complete the Voluntary Dispute Resolution Program process by June 10, 2008.

IT IS SO STIPULATED

DATED:  April 10, 2008            GREENBERG TRAURIG, LLP

                                  By:_____
                                      LISA L. HALKO
                                      RAY A. SARDO

                                  Attorneys for Defendant
                                  HARD ROCK CAFE CAFÉ INTERNATIONAL (USA), INC.

DATED:  April 10, 2008            BARTH, TOZER, & TIMM, LLP

                                  By:_____
                                      BRUCE TIMM

                                  Attorneys for Defendant
                                  STEWART GARNETT

DATED:  April 10, 2008            LAW OFFICES OF JOHNNY GRIFFIN, III

                                  By:_____
                                      MANOLO OLASOO

                                  Attorneys for Plaintiff
                                  AIMEE HERNANDEZ

## **ORDER**

Pursuant to the parties' stipulation above it is hereby ordered that:

This matter is referred to the Voluntary Dispute Resolution Program. In light of this referral the court hereby makes the following modifications to the Pretrial Scheduling order:

Discovery deadline is RESET to August 15, 2008

Designation of expert witnesses is RESET to August 29, 2008, Rebuttal designations to September 19, 2008 and all expert discovery shall close on October 16, 2008.

All Dispositive motions shall be heard no later than December 19, 2008

Final pretrial conference is RESET to February 27, 2009 at 3:00 p.m. The Joint Pretrial Statement to be filed on or before February 20, 2009.

Jury trial is RESET to May 19, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE