1 | **LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
2 | **MANOLO OLASO (SBN 195629)**
1010 F Street, Suite 200
3 | Sacramento, CA 95814
Tel: (916) 444-5557
4 | Fax: (916) 444-5558

5 | Attorneys for Plaintiff JAIME EVANS

6 | **GREENBERG TRAURIG, LLP**
**GREGORY P. WONG (SBN 204502)**
7 | 2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
8 | Tel: (310) 586-7700
Fax: (310) 586-7800
9 |
Attorneys for Defendant HARD ROCK CAFÉ INT'L (USA), INC.
10 |
**BARTH TOZER & TIMM, LLP**
11 | **BRUCE M. TIMM (SBN 199679)**
431 I Street, Suite 201
12 | Sacramento, CA 95814
Tel: (916) 440-8600
13 | Fax: (916) 440-9610

14 | Attorneys for Defendant STEWART GARNETT

15 | **UNITED STATES DISTRICT COURT**

16 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

17 |

18 | AIMEE HERNANDEZ,                    ) Case No.:  2:07-CV-01088-FCD- DAD
                                       )
19 |        Plaintiff,                 )
                                       ) **STIPULATION AND ORDER FOR**
20 |   vs.                             ) **DISMISSAL**
                                       )
21 | HARD ROCK CAFÉ INT'L (USA), INC.; ) Before the Honorable Frank C. Damrell, Jr.
STEWART GARNETT,                      ) United States District Court Judge
22 |                                   )
        Defendants.                    ) Trial Date: May 19, 2009
23 |                                   )
                                       )
24 |                                   )
                                       )
25 | _____ )

Pursuant to Local Rule 16-160, Plaintiff AIMEE HERNANDEZ hereby gives notice that the above-captioned action has settled.  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by and through their attorneys whose signatures appear below, agree and stipulate that the above-captioned case shall be dismissed immediately, with prejudice.

Dated: December 17, 2008          /s/ JOHNNY L. GRIFFIN, III
                                  JOHNNY L. GRIFFIN, III
                                  Attorney for Plaintiff AIMEE HERNANDEZ


Dated: December 17, 2008          /s/ GREGORY P. WONG (as authorized on 12/17/2008)
                                  GREGORY P. WONG
                                  GREENBERG TRAURIG, LLP
                                  Attorney for Defendant HARD ROCK CAFÉ, INT'L
                                  (USA), INC.


Dated: December 17, 2008          /s/ BRUCE M. TIMM (as authorized on 12/17/2008)
                                  BRUCE M. TIMM
                                  BARTH TOZER & TIMM, LLP
                                  Attorney for Defendant STEWART GARNETT


**IT IS SO ORDERED.**

Dated:  December 18, 2008         _____
                                  FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE